IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABE WILLIAMS, JR.,<br><br>　　　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ROSEANNE CAMPBELL, Warden,<br><br>　　　　　　　　　　　　　　Respondent. | NO. CIV-S-03-0919 LKK GGH P<br><br>ORDER |

THIS MATTER comes before the COURT on Respondent's Ex Parte Request for Extension of Time to File a Response to the Third Amended Petition for Writ of Habeas Corpus. Having fully considered the matter, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Respondent's request for an extension of time of 30 days, to and including July 9, 2005, is GRANTED.

DATED: 5/31/05

　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

will0919.eot05