1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ABE WILLIAMS,

11            Petitioner,              No. CIV S-03-0919 LKK GGH P

12        vs.

13   M. L. KNOWLES, et al.,

14            Respondent.              ORDER

15   _____/

16            Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  This action is proceeding on the third amended petition

18   filed May 9, 2005.  Petitioner challenges his 1999 parole suitability hearing on three grounds: 1)

19   violation of Cal. Penal Code § 190; 2) violation of Cal. Penal Code § 3041; and 3) imposition of

20   illegal no-parole policy.  Petitioner claims to have raised these claims in case no. S107540 filed

21   in the California Supreme Court.  On June 28, 2005, respondent filed an answer to this petition.

22            On May 9, 2005, petitioner also filed a motion to file a separate habeas petition in

23   this action raising the grounds raised in case no. S107538 filed in the California Supreme Court,

24   which also apparently challenged the 1999 suitability hearing.  The court will grant petitioner's

25   request.  Petitioner will be directed to file a supplemental petition in this action raising the claims

26   raised in case no. S107538.  Respondent will then be directed to file a supplemental answer

1

1   addressing these claims.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1.  Petitioner's May 9, 2005, motion to file a separate petition is granted;

4         2. Within thirty days of the date of this order petitioner shall file a supplemental

5   petition as discussed above; respondent's response to the supplemental petition is due thirty days

6   thereafter; petitioner may file a supplemental reply to respondent's response thirty days

7   thereafter.

8   DATED: 11/7/05

9

10                                         /s/ Gregory G. Hollows

11                                         _____
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

12  ggh:kj
    wil919.am

13

14

15

16

17

18

19

20

21

22

23

24

25

26