IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABE WILLIAMS,

    Petitioner,        No. CIV S-03-0919 LKK GGH P

  vs.

M. L. KNOWLES, et al.,

    Respondents.      <u>ORDER</u>

_____/

    Petitioner has filed a request for an extension of time to file a supplemental petition. Good cause appearing, the request will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's November 22, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file a supplemental petition.

DATED: 11/30/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
will0919.111