IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABE WILLIAMS,

          Petitioner,                  No. CIV S-03-0919 LKK GGH P

     vs.

M.L. KNOWLES, et al.,

          Respondent.            <u>ORDER</u>

_____/

          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 25, 2006, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

          A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford,</u>

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2          Petitioner has made a substantial showing of the denial of a constitutional right in

3   the following issues presented in the instant petition: 1) violation of Cal. Penal Code § 190; 2)

4   violation of Cal. Penal Code § 3041; 3) imposition of illegal no-parole policy; 4) petitioner was

5   entitled to be released on parole based on heightened expectations created by state officials over

6   many years.

7          Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

8   issued in the present action.

9   DATED:   October 4, 2006.

11                                    _____

12                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
13                                    UNITED STATES DISTRICT COURT

---

25          [1] Except for the requirement that appealable issues be specifically identified, the standard
    for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26  a certificate of probable cause.  <u>Jennings</u>, at 1010.