1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ABE WILLIAMS,

11              Petitioner,                    No. CIV S-S-03-0919 LKK GGH P

12         vs.

13    M.L. KNOWLES, et al.,

14              Respondents.                   ORDER

15    _____/

16         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17    corpus pursuant to 28 U.S.C. § 2254.  This action is on appeal to the Ninth Circuit Court of

18    Appeals.

19         On October 31, 2006, petitioner filed a document requesting that this court send

20    him copies of documents that comprise the record for purpose of preparing his appeal.  If the

21    Ninth Circuit Court of Appeals requires the record, it will be printed upon request and sent to the

22    appellate court.  28 U.S.C. § 1915(c).

23    /////

24    /////

25    /////

26    /////

1

1        Accordingly, IT IS HEREBY ORDERED that petitioner's October 31, 2006,

2   request that the court send him copies of the record is denied.

3   DATED:   12/26/06

                                             /s/ Gregory G. Hollows

4   _____

                                             GREGORY G. HOLLOWS
5                                            UNITED STATES MAGISTRATE JUDGE

6   will919.app

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26